```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
    v.                          )    No.  88 CR 803
                                )
EDWIN ALVAREZ,                  )
                                )
            Defendant.          )
```

MEMORANDUM ORDER

On July 26, 1989 Edwin Alvarez ("Alvarez") was sentenced by this Court's then colleague Honorable Ann Williams to a prison term of 180 months, to be followed by five years of supervised release, on a charge of being a felon in possession of a firearm.[1] On May 29, 1998 Judge Williams amended the original order to reflect that Alvarez should receive credit for time served and that his case should be transferred to the Arizona District Court for supervision immediately on his release from custody. That release took place on July 31, 2001, and he began service of his term of supervised release in Phoenix.

Last Friday this Court received from the Clerk's Office a self-prepared typed document that Alvarez has captioned "Request for Copy of Docket Sheet" but in which he asks instead for the appointment of counsel pursuant to the Criminal Justice Act, 18

---

[1] This and all other aspects of the prior history of this case, as set out in this paragraph, are drawn from a September 30, 2002 memorandum written by Senior United States Probation Officer Sharon Werner of the Probation Office in the District of Arizona.

U.S.C. §3006A. That is of course confusing, and the confusion is multiplied by Alvarez' general discussion of transcript fees that follows his motion.

In light of the dates referred to earlier, it would seem highly doubtful that any anticipated filing by Alvarez would not be time-barred. If Alvarez really seeks any relief under the Criminal Justice Act or in response to what may or may not be his request for a copy of the docket sheet,[2] he must explain what type of legal proceedings he expects to undertake. This Court therefore orders that he file an explanatory supplement to his current submission on or before April 15, 2011, so that this Court can render an informed judgment as to the relief he seeks. In the meantime, however, his present request and motion are denied without prejudice.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 31, 2011

---

[2] Simply placing that "request" in the case caption, without any reference to it in the body of Alvarez' submission, leaves that issue very muddy.