IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  88 CR 803 |
| ) | |
| EDWIN ALVAREZ, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM ORDER

On March 31, 2011 this Court issued a brief memorandum order ("Order") in this ancient case, which had originally been assigned to Honorable Ann Williams (who has long since departed the District Court vineyards for service on our Court of Appeals).  Because defendant Edwin Alvarez' basis for any current relief and his request for relief itself were not at all clear, the Order directed him to supplement his submission on or before April 15.  No response whatever has been forthcoming from Alvarez, and the Order's without-prejudice denial of his request and motion are therefore converted to a with-prejudice denial.

_____
Milton I. Shadur
Senior United States District Judge

Date:  April 26, 2011